**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MARLON J. GREEN**                                                                              **CIVIL ACTION**

**VERSUS**                                                                                                   **NO. 12-432**

**FREDERICK STEVENSON, ET AL.**                                                    **SECTION: "B"(1)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motions to dismiss filed by Dr. Harminder Singh Mallik, Frederick Stevenson, Valence Hebert, Ione Rowe, Chris Storey, Faye Maurin, Valerie Jusselin, Licinda Collins, and the United States of America, Rec. Docs. 37 and 43, are **GRANTED** and that the claims against those defendants are **DISMISSED**.

**IT IS FURTHER ORDERED** that the claims against Jeb Best and Pamela Talley are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the Clerk of Court update the docket sheet to terminate "King County Housing Authority" because that entity is not in fact a party to this lawsuit.

New Orleans, Louisiana, this 14th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE